### 14742. BLANKENSHIP *v.* THE STATE.

LUKE, J. The motion for a new trial contains the general grounds only; the evidence authorized the verdict, which has the approval of the trial court, and this court is without power to interfere.

*Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*

DECIDED JULY 25, 1923.

Indictment for possessing liquor; from Newton superior court — Judge Hutcheson. May 19, 1923.

*King & Johnson,* for plaintiff in error.

*Claude C. Smith, solicitor-general,* contra.